- DO NOT FILE WITH THE COURT-
-UNLESS YOU ARE APPLYING FOR A DEFAULT JUDGMENT UNDER CODE OF CIVIL PROCEDURE § 585 -

CIV-050

**ATTORNEY OR PARTY WITHOUT ATTORNEY** (Name and Address): TELEPHONE NO: (310) 994-1711
Dr. Stewat Lucas Murrey
1217 Wilshire Blvd. # 3655, Santa Monica, CA 90403

ATTORNEY FOR (name): In Pro Per

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**
STREET ADDRESS: 1725 Main St.
MAILING ADDRESS: 1725 Main St.
CITY AND ZIP CODE: Santa Monica 90401
BRANCH NAME: West District - Santa Monica Courthouse

PLAINTIFF: Dr. Stewart Lucas Murrey
DEFENDANT: City of Los Angeles, et. al.

FOR COURT USE ONLY

RECEIVED
MAR 04 2019
WLA PATROL DIVISION

**STATEMENT OF DAMAGES**
(Personal Injury or Wrongful Death)

CASE NUMBER: 18SMCV00141

To (name of one defendant only): B. Royer  42959
Plaintiff (name of one plaintiff only): Dr. Stewart Lucas Murrey
seeks damages in the above-entitled action, as follows:

**1. General damages**                                                                              AMOUNT
a. [✓] Pain, suffering, and inconvenience ................................................................ $ 500,000.00
b. [✓] Emotional distress. ............................................................................................ $ 500,000.00
c. [ ] Loss of consortium ............................................................................................. $
d. [ ] Loss of sociey and companionship (wrongful death actions only) ....................... $
e. [ ] Other (specify) _____ $
f. [ ] Other (specify) _____ $
g. [ ] Continued on Attachment 1.g.

**2. Special damages**
a. [ ] Medical expenses (to date) ................................................................................. $
b. [ ] Future medical expenses (present value) .......................................................... $
c. [✓] Loss of earnings (to date) ................................................................................... $ 1,000,000.00
d. [✓] Loss of future earning capacity (present value) ................................................. $ 1,000,000.00
e. [ ] Property damage ................................................................................................. $
f. [ ] Funeral expenses (wrongful death actions only) ................................................. $
g. [ ] Future contributions (present value) (wrongful death actions only) .................... $
h. [ ] Value of personal service, advice, or training (wrongful death actions only) ...... $
i. [ ] Other (specify) _____ $
j. [ ] Other (specify) _____ $
k. [ ] Continued on Attachment 2.k.

3. [✓] **Punitive damages:** Plaintiff reserves the right to seek punitive damages in the amount of (specify).. $ 1,000,000.00
when pursuing a judgment in the suit filed against you.

Date: 16 February 2019
Stewart Lucas Murrey

(TYPE OR PRINT NAME)                (SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)
(Proof of service on reverse)
Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CIV-050 [Rev. January 1, 2007]

**STATEMENT OF DAMAGES**
(Personal Injury or Wrongful Death)

Code of Civil Procedure, §§ 425.11, 425.115
www.courtinfo.ca.gov

**EXHIBIT 5 - PAGE 30**