**FW-003**

# Order on Court Fee Waiver (Superior Court)

*Clerk stamps date here when form is filed.*

**FILED**
Superior Court of California
County of Los Angeles
**10/31/2018**
Sherri R. Carter, Executive Officer / Clerk of Court
By: Stacey Watson, Deputy

**(1) Person who asked the court to waive court fees:**
Name: Dr. Stewart Lucas Murrey
Street or mailing address: 11755 Wilshire Blvd. #32140
City: Los Angeles    State: CA    Zip: 90025

**(2) Lawyer, if person in (1) has one** *(name, address, phone number, e-mail, and State Bar number):*

**(3) A request to waive court fees was filed on** *(date):* 10/31/2018

☐ The court made a previous fee waiver order in this case on *(date):*

*Fill in court name and street address:*
**Superior Court of California, County of Los Angeles**
Santa Monica Courthouse
1725 Main Street
Santa Monica CA 90401

*Fill in case number and case name:*
**Case Number:** 18SMCV00141
**Case Name:** DR. STEWART LUCAS MURREY vs CITY OF LOS ANGELES, et al.

*Read this form carefully. All checked boxes ☑ are court orders.*

**Notice:** The court may order you to answer questions about your finances and later order you to pay back the waived fees. If this happens and you do not pay, the court can make you pay the fees and also charge you collection fees. If there is a change in your financial circumstances during this case that increases your ability to pay fees and costs, you must notify the trial court within five days. (Use form FW-010.) If you win your case, the trial court may order the other side to pay the fees. If you settle your civil case for **$10,000** or more, the trial court will have a lien on the settlement in the amount of the waived fees. The trial court may not dismiss the case until the lien is paid.

**(4) After reviewing your** *(check one):* ☑ *Request to Waive Court Fees* ☐ *Request to Waive Additional Court Fees* **the court makes the following orders:**

a. ☑ The court **grants** your request, as follows:

(1) ☑ **Fee Waiver.** The court grants your request and waives your court fees and costs listed below. *(Cal. Rules of Court, rule 3.55 and 8.818.)* You do not have to pay the court fees for the following:

- Filing papers in Superior Court
- Making copies and certifying copies
- Sheriff's fee to give notice
- Court fees for phone hearings
- Giving notice and certificates
- Sending papers to another court department
- Court-appointed interpreter in small claims court
- Reporter's fee for attendance at hearing or trial, if reporter provided by the court.
- Assessment for court investigations under Probate Code section 1513, 1826, or 1851.
- Preparing and certifying the clerk's transcript on appeal.
- Holding in trust the deposit for a reporter's transcript on a appeal under rule 8.130 or 8.834.
- Making a transcriptor copy of an official electronic recording under rule 8.835.

(2) ☐ **Additional Fee Waiver.** The court grants your request and waives your additional superior court fees and costs that are checked below. *(Cal. Rules of Court, rule 3.56.)* You do not have to pay for the

☐ Jury fees and expenses
☐ Fees for court-appointed experts
☐ Fees for a peace officer to testify in court
☐ Court-appointed interpreter fees for a witness

☐ Other *(specify):*

Judicial Council of California, www.courtinfo.ca.gov
Revised July 1, 2015, Mandatory Form
Government Code, § 68634(e)
California Rules of Court, rule 3.52

**Order on Court Fee Waiver (Superior Court)**    FW-003, Page 1 of 2

**EXHIBIT 9 - PAGE 38**

Your name: __Dr. Stewart Lucas Murrey__

Case Number: 18SMCV00141

b. ☐ The court **denies** your request, as follows:

> **Warning!** If you miss the deadline below, the court cannot process your request for hearing or the court papers you filed with your original request. If the papers were a notice of appeal, the appeal may be dismissed.

(1) ☐ The court **denies** your request because it is incomplete. You have **10 days** after the clerk gives notice of this order (see date of service on next page) to:
  - Pay your fees and costs, or
  - File a new revised request that includes the items listed below *(specify incomplete items):*

(2) ☐ The court **denies** your request because the information you provided on the request shows that you are not eligible for the fee waiver you requested *(specify reasons):*

The court has enclosed a blank *Request for Hearing About Court Fee Waiver Order (Superior Court)*, form FW-006. You have **10 days** after the clerk gives notice of this order (see date of service below) to:
  - Pay your fees and costs in full or the amount listed in c. below, or
  - Ask for a hearing in order to show the court more information. *(Use form FW-006 to request hearing.)*

c. ☐ The court needs more information to decide whether to grant your request. You must go to court on the date below. The hearing will be about *(specify questions regarding eligibility):*

☐ Bring the following proof to support your request if reasonably available:

**Hearing Date** → Date: _____ Time: _____ 
Dept.: _____ Rm.: _____

Name and address of court if different from page 1:

> **Warning!** If item c is checked, and you do not go to court on your hearing date, the judge will deny your request to waive court fees, and you will have 10 days to pay your fees. If you miss that deadline, the court cannot process the court papers you filed with your request. If the papers were a notice of appeal, the appeal may be dismissed.

Stacey Watson

Date: **10/31/2018**

Signature of (check one): ☐ Judicial Officer ✓ Clerk, Deputy

**Request for Accommodations.** Assistive listening systems, computer-assisted real-time captioning, or sign language interpreter services are available if you ask at least 5 days before your hearing. Contact the clerk's office for *Request for Accommodation,* Form MC-410. (Civil Code, § 54.8.)

### Clerk's Certificate of Service

I certify that I am not involved in this case and *(check one):* ☐ A certificate of mailing is attached.

☑ I handed a copy of this order to the party and attorney, if any, listed in ① and ②, at the court, on the date below.

☐ This order was mailed first class, postage paid, to the party and attorney, if any, at the addresses listed in ① and ②, from *(city):* __Santa Monica__, California on the date below.

Sherri R. Carter, Executive Officer / Clerk of Court

Date: **10/31/2018** , by __Stacey Watson__ , Deputy

Revised July 1, 2015 | **This is a Court Order.** | FW-003, Page 2 of 2

Order on Court Fee Waiver (Superior Court)

**EXHIBIT 9 - PAGE 39**