12/06/18

MC-040

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Dr. Stewart Lucas Murrey<br>1217 Wilshire Blvd. # 3655<br>Santa Monica, CA 90403<br>TELEPHONE NO.: 3109941711  FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): In Pro Per | **FILED**<br>Superior Court of California<br>County of Los Angeles<br><br>DEC 03 2018<br><br>Sherri R. Carter, Executive Officer/Clerk<br>By_____ Deputy<br>Maria Guadian |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF<br>STREET ADDRESS: 1725 Main St.<br>MAILING ADDRESS: 1725 Main St.<br>CITY AND ZIP CODE: Santa Monica 90401<br>BRANCH NAME: West District - Santa Monica Courthouse | |
| PLAINTIFF/PETITIONER: Dr. Stewart Lucas Murrey | CASE NUMBER:<br>18SMCV00141 |
| DEFENDANT/RESPONDENT: City of Los Angeles, et. al. | JUDICIAL OFFICER: |
| **NOTICE OF CHANGE OF ADDRESS OR OTHER CONTACT INFORMATION** | DEPT.:<br>K |

1. **Please take notice** that, as of (date): 28 November 2018
   - [X] the following self-represented party or
   - [ ] the attorney for:
     - a. [X] plaintiff (name): Dr. Stewart Lucas Murrey
     - b. [ ] defendant (name):
     - c. [ ] petitioner (name):
     - d. [ ] respondent (name):
     - e. [ ] other (describe):

   has **changed his or her address** for service of notices and documents or other contact information in the above-captioned action.
   - [ ] A list of additional parties represented is provided in Attachment 1.

2. The **new address** or other contact information for (name):

   is as follows:
   a. Street: 1217 Wilshire Blvd. # 3655
   b. City: Santa Monica
   c. Mailing address (if different from above):
   d. State and zip code: CA 90403
   e. Telephone number:
   f. Fax number (if available):
   g. E-mail address (if available):

3. **All notices and documents** regarding the action should be sent to the above address.

   Date: 28 November 2018

   Stewart Lucas Murrey
   (TYPE OR PRINT NAME)                                (SIGNATURE OF PARTY OR ATTORNEY)

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
MC-040 [Rev. January 1, 2013]

**NOTICE OF CHANGE OF ADDRESS OR OTHER CONTACT INFORMATION**

Cal. Rules of Court, rules 2.200 and 8.816
www.courts.ca.gov
CEB
www.ceb.com

**EXHIBIT 11 - PAGE 41**

**MC-040**

| | |
|---|---|
| PLAINTIFF/PETITIONER: Dr. Stewart Lucas Murrey | CASE NUMBER: 18SMCV00141 |
| DEFENDANT/RESPONDENT: City of Los Angeles, et. al. | |

## PROOF OF SERVICE BY FIRST-CLASS MAIL
### NOTICE OF CHANGE OF ADDRESS OR OTHER CONTACT INFORMATION

*(NOTE: This page may be used for proof of service by first-class mail of the* **Notice of Change of Address or Other Contact Information**. *Please use a different proof of service, such as* **Proof of Service—Civil (form POS-040)**, *if you serve this notice by a method other than first class-mail, such as by fax or electronic service. You cannot serve the* **Notice of Change of Address or Other Contact Information** *if you are a party in the action. The person who served the notice must complete this proof of service.)*

1. At the time of service, I was at least 18 years old and **not a party to this action.**

2. I am a resident of or employed in the county where the mailing took place. My residence or business address is *(specify):*

    504 S. Alvarado St., No. 207, Los Angeles, CA 90057

3. I served a copy of the *Notice of Change of Address or Other Contact Information* by enclosing it in a sealed envelope addressed to the persons at the addresses listed in item 5 and *(check one):*
    a. ☐ deposited the sealed envelope with the United States Postal Service with postage fully prepaid.
    b. ☒ placed the sealed envelope for collection and for mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

4. The *Notice of Change of Address or Other Contact Information* was placed in the mail:
    a. on *(date):* 30 November 2018
    b. at *(city and state):* Los Angeles, CA

5. The envelope was addressed and mailed as follows:

    a. Name of person served:

    Street address:
    City:
    State and zip code:

    b. Name of person served:

    Street address:
    City:
    State and zip code:

    c. Name of person served:

    Street address:
    City:
    State and zip code:

    d. Name of person served:

    Street address:
    City:
    State and zip code:

☐ Names and addresses of additional persons served are attached. *(You may use form POS-030(P).)*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 30 November 2018

Alexander J. Petale
(TYPE OR PRINT NAME OF DECLARANT)

(SIGNATURE OF DECLARANT)



**EXHIBIT 11 - PAGE 42**