**MICHAEL N. FEUER**, City Attorney (SBN 111529)
**KATHLEEN A. KENEALY**, Chief Assistant City Attorney (SBN 212289)
**SCOTT MARCUS**, Chief, Civil Litigation Branch (SBN 184980)
**CORY M. BRENTE**, Senior Assistant City Attorney (SBN 115453)
**NICHOLAS LAUBER**, Deputy City Attorney (SBN 288499)
200 North Main Street; 6th Floor, City Hall East
Los Angeles, California 90012
Telephone (213) 978-7025, Facsimile: (213) 978-8785
Email:

*Attorney for Defendants* **CITY OF LOS ANGELES, DESHON ANDREWS, CODY HALCHISHAK, BRITTANY ROYER, ROBYN SALAZAR, SCOTTY STEVENS and KERRY YOUNG**

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. STEWART LUCAS MURREY, an individual<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES, a municipality; LOS ANGELES POLICE DEPARTMENT, a governmental entity; Stevens, an individual; Andrews, an individual; Kerry Young, an individual; C. Halshishak, an individual; B. Royer, an individual; Salazar, an individual; and DOES 1 through 50, inclusive.<br><br>Defendants. | Case No.: **2:19-cv-02501-FMO-AS**<br>*Honorable Judge: Fernando M. Olguin*<br>*Honorable Magistrate Judge: Alka Sagar*<br><br>**NOTICE OF SETTLEMENT AGREEMENT DISPOSING OF ENTIRE CASE** |

**TO THE HONORABLE COURT:**

In accordance with L.R. 16-15.7, Plaintiff **DR. STEWART LUCAS MURREY** and Defendants **CITY OF LOS ANGELES, DESHON ANDREWS, CODY**

1    **HALCHISHAK, BRITTANY ROYER, ROBYN SALAZAR, SCOTTY STEVENS**

2    **and KERRY YOUNG** have entered into a settlement in the above-referenced matter as

3    to all claims and all parties. The terms of this settlement include a payment to be made to

4    Plaintiff.  The Settlement Agreement and Release was sent to Plaintiff for his signature

5    on March 9, 2020.  The settlement check will be made available for pickup by plaintiff

6    within 30 days of plaintiff's execution of the Settlement Agreement and Release.

7    Once the settlement check is received by Plaintiff, all parties intend to file a Stipulation

8    for Dismissal of the current operative Complaint with Prejudice.

9

10   DATED:  March 10, 2020          **MICHAEL N. FEUER**, City Attorney
                                     **KATHLEEN KENEALY**, Chief Asst. City Attorney
11                                   **SCOTT MARCUS**, Chief Civil Litigation Branch
                                     **CORY M. BRENTE**, Senior. Assistant City Attorney
12

13

14                                   By: _____/s/ Nicholas Lauber_____

15                                        **NICHOLAS LAUBER**
                                          Deputy City Attorney
16                                        Attorneys for Defendant **CITY OF LOS**
                                          **ANGELES DESHON ANDREWS, CODY**
17                                        **HALCHISHAK, BRITTANY ROYER,**
                                          **ROBYN SALAZAR, SCOTTY STEVENS and**
18                                        **KERRY YOUNG**

19

20

21   DATED: March _10_, 2020          DR. STEWART LUCAS MURREY

22

23                                   By: _____

24                                        **Plaintiff & Plaintiff in Pro Se**

25

26

27

28