**MICHAEL N. FEUER**, City Attorney (SBN 111529)
**KATHLEEN A. KENEALY**, Chief Assistant City Attorney (SBN 212289)
**SCOTT MARCUS**, Chief, Civil Litigation Branch (SBN 184980)
**CORY M. BRENTE**, Senior Assistant City Attorney (SBN 115453)
**NICHOLAS LAUBER**, Deputy City Attorney (SBN 288499)
200 North Main Street; 6th Floor, City Hall East
Los Angeles, California  90012
Telephone (213) 978-7025, Facsimile: (213) 978-8785
Email: nicholas.lauber@lacity.org

*Attorney for Defendants* **CITY OF LOS ANGELES, DESHON ANDREWS, CODY HALCHISHAK, BRITTANY ROYER, ROBYN SALAZAR, SCOTTY STEVENS and KERRY YOUNG**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. STEWART LUCAS MURREY, an individual<br><br>                    Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES, a municipality; LOS ANGELES POLICE DEPARTMENT, a governmental entity; Stevens, an individual; Andrews, an individual; Kerry Young, an individual; C. Halshishak, an individual; B. Royer, an individual; Salazar, an individual; and DOES 1 through 50, inclusive.<br><br>                    Defendants. | **Case No.: 2:19-cv-02501-FMO-AS**<br>*Honorable Judge: Fernando M. Olguin*<br>*Honorable Magistrate Judge: Alka Sagar*<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION PURSUANT TO FRCP 41(a)1** |

**TO THE HONORABLE COURT:**

    IT IS HEREBY STIPULATED by and between Plaintiff **DR. STEWART LUCAS MURREY** and Defendants **CITY OF LOS ANGELES, ET AL.,** as follows:

1    Plaintiff **Dr. Stewart Lucas Murrey**, and Defendant City of Los Angeles have

2  reached a settlement in the above-entitled matter. **DESHON ANDREWS, CODY**

3  **HALCHISHAK, BRITTANY ROYER, ROBYN SALAZAR, SCOTTY STEVENS**

4  **and KERRY YOUNG** are not a party to the settlement between Plaintiff and the City of

5  Los Angeles, but are being dismissed from this matter with prejudice.

6    Thus, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties

7  hereby stipulate that the above-entitled action against Defendants **CITY OF LOS**

8  **ANGELES, DESHON ANDREWS, CODY HALCHISHAK, BRITTANY ROYER,**

9  **ROBYN SALAZAR, SCOTTY STEVENS and KERRY YOUNG** be dismissed in its

10  entirety, with prejudice. Each party to bear their own costs and fees.

11

12

13  DATED:  May 22, 2020          **MICHAEL N. FEUER,** City Attorney
                                   **KATHLEEN KENEALY,** Chief Asst. City Attorney
14                                 **SCOTT MARCUS,** Chief Civil Litigation Branch
                                   **CORY M. BRENTE,** Senior. Assistant City Attorney
15

16

17                        By:  _____
                                   **NICHOLAS LAUBER**
18                                  Deputy City Attorney
                                    Attorneys for Defendant **CITY OF LOS**
19                                  **ANGELES DESHON ANDREWS, CODY**
                                    **HALCHISHAK, BRITTANY ROYER,**
20                                  **ROBYN SALAZAR, SCOTTY STEVENS and**
                                    **KERRY YOUNG**
21

22

23

24  DATED:  May 23, 2020          DR. STEWART LUCAS MURREY

25

26                        By:  _____
                                   **Plaintiff & Plaintiff in Pro Se**
27

28