**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

DR. STEWART LUCAS MURREY, an individual,

Plaintiff,

vs.

CITY OF LOS ANGELES, et al.,

Defendants.

**Case No.: 2:19-cv-02501-FMO(AS)**
*Honorable Judge: Fernando M. Olguin*
*Honorable Magistrate Judge: Alka Sagar*

**ORDER ON STIPULATION [40] DISMISSAL OF ENTIRE ACTION PURSUANT TO FRCP 41(a)1**

Good cause having been show, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the Court hereby orders the above-entitled action against Defendants **CITY OF LOS ANGELES, DESHON ANDREWS, CODY HALCHISHAK, BRITTANY ROYER, ROBYN SALAZAR, SCOTTY STEVENS** and **KERRY YOUNG** dismissed in its entirety, with prejudice. Each party to bear their own costs and fees.

DATED: May 27, 2020

_____/s/_____
HONORABLE FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE

1